IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD GUESS, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CIVIL NO. 4:CV-16-385 |
| : | |
| BUREAU OF PRISONS, ET AL., : | (Judge Brann) |
| : | |
| Defendants : | |

## **ORDER**

March 30, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT;**

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of New Jersey.

2. The Clerk of Court is directed to mark this case in this Court **CLOSED**.

        BY THE COURT:

        s/ Matthew W. Brann
        Matthew W. Brann
        United States District Judge